No. 1,730.—STATE EX REL. THOMAS, RELATOR, v. GREENAN, AS COUNTY CLERK OF DEER LODGE COUNTY ET AL., DEFENDANTS.

Original application for an alternative writ of mandate.

Decided October 14, 1901.

PER CURIAM.—Application denied for the reason that the facts are not sufficient to warrant this court to assume original jurisdiction.

*Mr. W. H. Trippet,* for Relator.